IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**FILED**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Cr. No. _____ |
| | In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| MARK PRICE, | CR 14 075 M |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT I
(Distribution of a Controlled Substance)

On or about August 30, 2013, in the District of Rhode Island, the defendant, Mark Price, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT II
(Distribution of a Controlled Substance)

On or about January 16, 2014, in the District of Rhode Island, the defendant, Mark Price, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT III
(Conspiracy to Distribute a Controlled Substance)

From a time unknown up to and including on or about January 16, 2014, in the District of Rhode Island, the defendant, MARK PRICE, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with Marcus Johnson to knowingly and intentionally distribute, and to possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C),

in violation of 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

Pursuant to 21 U.S.C. § 853(a)(2), upon conviction, the defendant, MARK PRICE, shall forfeit to the United States any and all right, title, and interest in any and all property used, and intended to be used, in any manner or part, to commit and facilitate the commission of the offenses alleged in Counts I-III of this Indictment, which allege distribution of cocaine base and conspiracy to distribute and possess with intent to distribute cocaine base and distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and 846, including, but not limited to the following:

(A) A 2008 Ford F-150 Limited, color white bearing RI Combination plate 89959 and VIN 1FTRW14538FA14467.

All in accordance with 21 U.S.C. § 853

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
UNITED STATES ATTORNEY

PAUL F. DALY, JR.
Assistant U.S. Attorney

ADI GOLDSTEIN
Criminal Chief
Assistant U.S. Attorney

DATE: 5/28/14